IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **Joseph & Melody Konowitz** ) | |
| ) | |
| *Plaintiffs* ) | No. 2:13-cv-00005 / Jury |
| ) | |
| ) | Judge Sharp |
| v. ) | |
| ) | Magistrate Judge Griffin |
| **Titeflex Corporation** d/b/a **Gastite** ) | |
| ) | |
| *Defendant* ) | |
| ) | |

**JOINT MOTION TO STAY MERIT DISCOVERY AND SET BRIEFING SCHEDULE
FOR TITEFLEX'S MOTION TO DISMISS**

Plaintiffs Joseph and Melody Konowitz and Titeflex Corporation, Gastite Division, (collectively the parties) file this Joint Motion requesting that merit based discovery be stayed and a briefing scheduled be entered regarding the resolution of Titeflex's Motion To Dismiss For Lack of Subject Matter Jurisdiction. In support of this Motion, both parties state the following:

1. Titeflex has filed a Motion to Dismiss for lack of subject matter jurisdiction. The basis for this Motion is Titeflex's principal place of business is located in Tennessee. Plaintiffs intend to oppose this Motion.

2. Currently, there are numerous discovery matters before the Magistrate. See, e.g. Docket Nos. 66-68. Because the Motion to Dismiss is a threshold dispositive matter, the parties have agreed that all merit-based discovery should be stayed until the Court resolves the Motion to Dismiss. The parties further agree that any further filings regarding merit-based discovery matters should be stayed until the Motion to Dismiss is resolved. This includes, but is not limited to, Titeflex's Response and Opposition to Docket No. 66, 67, and 68.

3. Plaintiffs have served the subpoena referenced in Docket No. 68 and Plaintiff agrees to suspend the subpoena and will not seek enforcement of the subpoena until the Court resolves the Motion to Dismiss. To the extent necessary, Titeflex reserves it right to file a Motion to Quash the Subpoena until the Motion to Dismiss For Lack of Subject Matter Jurisdiction is resolved.

4. Until the Court resolves the Motion to Dismiss for Lack of Subject Matter Jurisdiction, the parties agree that discovery will be limited to the issues identified in Titeflex's Motion to Dismiss For Lack of Subject Matter Jurisdiction. Plaintiffs have already served written discovery on these topics and has requested the deposition of Dave Oehlers. The parties have agreed to complete written jurisdictional discovery on or before April 10, 2014 and to complete the deposition of Dave Oehlers between April 15, 2014 and April 24, 2014.

5. The Parties agree that Plaintiffs' Response to the Motion to Dismiss shall be due on May 15, 2014. Titeflex's Reply Brief shall be due as required under the Federal Rules of Civil Procedure, the Local Rules for this Court and Judge Sharp's practice manual. This request for extension is requested to allow the Parties sufficient time to complete jurisdictional based discovery.

WHEREFORE, the Parties respectively requests the Court grant their Joint Motion for a Stay of Merit Discovery and Set Briefing Schedule.

RESPECTFULLY SUBMITTED,

| **Quist, Cone & Fisher, PLLC** | **ADAMS AND REESE, LLP** |
|---|---|
| By: /s/ Michael Durr | By: /s/ Rocklan W. King III |
| Michael A. Durr | ADAMS AND REESE, LLP |
| 800 South Gay Street | F. Laurens Brock (#017666) |
| Suite 2121, | 820 Broad Street, Suite 201 |
| Knoxville, TN 37929 | Chattanooga, Tennessee 37402 |
| Direct: 865.312.0440 | Tel: (423) 475-6848 |
| E-mail: mdurr@qcflaw.com | larry.brock@arlaw.com |
| | |
| *Counsel for Plaintiffs* | ADAMS AND REESE, LLP |
| | Rocklan W. King III (#030643) |
| | 424 Church Street, Suite 2800 |
| | Nashville, Tennessee 37219 |
| | Tel: (615) 259-1450 |
| | rocky.king@arlaw.com |
| | |
| | FARELLA BRAUN + MARTEL LLP |
| | Carl E. Switzer (admitted Pro Hac Vice) |
| | Unnati Gandhi (admitted Pro Hac Vice) |
| | 235 Montgomery Street |
| | San Francisco, California 94104 |
| | Telephone: (415) 954-4400 |
| | cswitzer@fbm.com |
| | ugandhi@fbm.com |
| | |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via the Court's CM/ECF system to Mr. Michael Durr, Plaintiff's Counsel. Copies may also be accessed through the Court's electronic filing system.

This 24th day of March 2014.

By: /s/ Rocklan W. King III