UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSEPH KONOWITZ, et al | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:13cv0005 |
| | ) |
| | ) Judge Sharp |
| TITEFLEX CORPORATION | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on September 19, 2014.

KEITH THROCKMORTON, CLERK

s/   Hannah B. Blaney